ACCEPTED
14-14-00746-CR
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/6/2015 4:01:24 PM
CHRISTOPHER PRINI
CLERK

No. 14-14-00746-CR

In the Fourteenth Court of Appeals
At Houston, Texas

THE STATE OF TEXAS

V.

HECTOR PENA

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/6/2015 4:01:24 PM
CHRISTOPHER A. PRINE
Clerk

On State's Appeal from
The 212th District Court of
Galveston County, Texas

No. 12CR3366

MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLEE'S BRIEF
(Unopposed)

TO THE HONORABLE FOURTEENTH COURT OF APPEALS

HECTOR PENA, Appellee, would show as follows:

1. The State's Brief was filed on February 11, 2015. Under the expedited appeal timetable applicable to a State's appeal, the Appellee's Brief was due on March 3, 2015. This Motion is filed within 15 days of March 3 and so is timely. TRAP 10.5; 38.6(d).

2. This is Appellee's first Motion for Extension.

3. This Motion for Extension is **unopposed**.

4. An extension of 30 days is requested, to and including April 6, 2015.

5. Good cause exists for the requested extension.

   A. The State's Brief, by Court's permission, is approximately 16,500 words in length and --more significantly deals --with an extensive record from a trial in which this counsel did not participate.

B. Since February 11, this counsel has prepared and filed a Motion for Rehearing and Reconsideration En Banc in No. 14-14-00222-CV, *City of Galveston, Texas v. Joe Murphy et al;*

C. During the weeks of February 16 and 23, 2015, this counsel was heavily involved in preparing Summary Judgment Replies And Motion s to Transfer in two related cases, No. 14CV1266, *Stewart Beach Condominium Homeowners' Association, Inc. v. Gili N Prop, LLC,* in the 122nd District Court of Galveston County, Texas, and 14CV1259, *Stewart Beach Condominium Homeowners' Association, Inc. v. Bar Yo Props LLC,* in the 212th District Court of Galveston County, Texas.

D. In the period of approximately February 23 through March 2, 2015, this counsel was also heavily involved in an application for temporary restraining order involving four condominium units in No. 12CV1266, *Stewart Beach Condominium Homeowners' Association, Inc. v. Gili N Prop, LLC,* in the 122nd District Court of Galveston County, Texas. That motion was heard and decided on Monday, March 2, 2015.

6. An extension of approximately 30 days, to and including Monday, April 6, 2015, is requested.

<u>Prayer</u>

Appellee Hector Pena prays that this court grant an extension to and including Monday, April 6, 2015 in which he may file his Brief herein.

Respectfully submitted,

Mark W. Stevens
TBN 19184300
PO Box 8118
Galveston, Texas 77553
409.765.6306
Fax 409.765.6469
Email: markwandstev@sbcglobal.net
Counsel for Appellee Hector Pena

## Certificate of Conference

I certify that I have conferred with State's counsel, Ms. Rebecca Klaren, of the Galveston County District Attorney's office on February 21, 2015, and Ms. Klaren advises that the State does not oppose this motion for extension.

Mark W. Stevens

## Certificate of Service

A true and correct copy of the foregoing instrument was served on Ms. Rebecca Klaren, ADA, via email/pdf on March 6, 2015.

Mark W. Stevens

## Certificate of Compliance

The applicable portions of the foregoing instrument contain 297 words.

Mark W. Stevens